No. 44565.—Protests 969151–G, etc., of Ampol, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.

OCTOBER 9, 1940

No. 44566.——Protest 848655–G of Yick Sang Tong. C. D. 372. Application by plaintiff for rehearing granted.

OCTOBER 15, 1940

No. 44567.——Protest 928849–G of J. A. Freeman & Son. C. D. 353. Application by Government for rehearing denied.

OCTOBER 14, 1940

No. 44568.——Protests 697906–G, etc., of Henry Pollak, Inc. Application by plaintiff for rehearing granted.

BEFORE THE FIRST DIVISION, OCTOBER 16, 1940

No. 44569.—Protest 21855–K of W. R. Keating & Co., Inc. (New York).

Opinion by BROWN, J. In accordance with the report of the collector that the goods were withdrawn from warehouse after the Turkish Trade Agreement had gone into effect the claim at 30 cents per square foot, but not less than 45 percent ad valorem, under paragraph 1116 (a) and T. D. 49838 was sustained.

No. 44570.—Protests 983155–G, etc., of S. S. Kresge Co. et al. (Baltimore, etc.).

Opinion by WALKER, J. Following the authorities cited in abstract 15400 the court dismissed the protests.

No. 44571.—Protests 988429–G, etc., of Gellman Bros. et al. (Minneapolis, etc.).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 44572.—Protests 347227–G, etc., of W. J. Byrnes & Co. of N. Y., Inc., et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.